# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO.  1:06CV18

| | | |
|---|---|---|
| **TAMMRA G. SHARPE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **J U D G M E N T** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **ALLOWED**; the Defendant's motion for summary judgment is **DENIED**; the decision of the Commissioner denying social security benefits to the Plaintiff is **REVERSED**; and this matter is hereby remanded to the Commissioner for the award of benefits consistent with this opinion.

Signed: February 2, 2007

Lacy H. Thornburg
United States District Judge