# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV18

| | |
|---|---|
| TAMMRA G. SHARPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| LINDA S. McMAHON, Acting ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for attorney fees and the Commissioner's response thereto.

The Commissioner has no objections to the requested amount of attorney fees. However, as noted by the Commissioner, the $875.00 in attorney fees received pursuant to Equal Access to Justice Act must be refunded to the Plaintiff. For the reasons stated in the Commissioner's response, the Court will award attorney fees in accordance therewith.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for attorney fees is **ALLOWED**, and attorney fees in the amount of **THIRTEEN**

**THOUSAND, ONE HUNDRED EIGHTY-FOUR DOLLARS AND TWENTY-FIVE CENTS ($13,184.25)** is hereby awarded and represents 25 percent of Plaintiff's past due benefits between March 2000 and May 2007.

**IT IS FURTHER ORDERED** that George C. Piemonte and Robert S. French, Plaintiff's attorneys during the respective proceedings herein, are directed to refund to the Plaintiff the sum of **EIGHT HUNDRED SEVENTY-FIVE DOLLARS ($875.00)** previously awarded for attorney fees under the Equal Access to Justice Act.

Signed: August 22, 2007

Lacy H. Thornburg
United States District Judge